**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1388**

———————

ROBERT HAROLD HAHN, SR.,

                                    Plaintiff - Appellant,

        versus

MARYLAND TRANSPORTATION AUTHORITY POLICE,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-03-
3412-AMD)

———————

Submitted:  August 27, 2004        Decided:  September 10, 2004

———————

Before WILKINSON, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Harold Hahn, Sr., Appellant Pro Se.  Karen June Kruger,
OFFICE OF THE ATTORNEY GENERAL, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Harold Hahn, Sr., appeals the district court's order dismissing this action because Defendant is immune from suit under the Eleventh Amendment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hahn v. Maryland Trans. Auth. Police, No. CA-03-3412-AMD (D. Md. Feb. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED